**Robert J. Beles** Bar No. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Defendant*

FILED
NOV 16 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court
Northern District of California
Oakland Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         *Plaintiff*,<br>vs.<br><br>Joel Diaz,<br><br>         *Defendant*. | No. CR04-40044-CW/WDB<br><br>STIPULATION AND PROPOSED ORDER TO CONTINUE SURRENDER DATE |

### STIPULATION AND PROPOSED ORDER TO CONTINUE SURRENDER DATE

The United States and defendant Joel Diaz, through their respective counsel, hereby stipulate that defendant's self-surrender date of November 14, 2007 be continued to May 14, 2008.

November 13, 2007
_____
date

*(signature)*
Garth Hire
Assistant U.S. Attorney

November 13, 2007
_____
date

*(signature)*
Robert J. Beles
Attorney for Defendant

So ordered:
NOV 16 2007
_____
date

*(signature)*
~~Wayne D. Brazil~~ CLAUDIA WILKEN
United States District ~~Magistrate~~ Judge

1

Stipulation and Proposed Order to Continue Surrender Date