Robert J. Beles Bar No. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Defendant Joel Diaz*

RECEIVED
MAY 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
MAY 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court
Northern District of California
Oakland Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br>vs.<br><br>Joel Diaz,<br><br>    *Defendant*. | No. CR04-40044-CW<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SURRENDER DATE |

**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SURRENDER DATE**

The United States and defendant Joel Diaz, through their respective counsel, hereby stipulate that defendant's self-surrender date of May 14, 2008 be continued to November 14, 2008.

5/12/08
_____
date

Kimberly Briggs
U.S. Attorney

5-2-08
_____
date

Robert J. Beles
Attorney for Defendant

So ordered:

MAY 14 2008
_____
date

Claudia Wilkin
United States District Judge

1

Stipulation and Proposed Order to Continue Surrender Date