**Robert J. Beles** (Bar No. 41993)
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Defendant Joel Diaz*

**FILED**

MAY – 7 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# United States District Court
## Northern District of California
### Oakland Division

UNITED STATES OF AMERICA,

        *Plaintiff,*

vs.

JOEL DIAZ,

        *Defendant.*

Case No. 04-cr-40044-CW-17

STIPULATION PERMITTING TRAVEL

## STIPULATION PERMITTING TRAVEL

    Mr. Diaz wishes to travel from his home in Fairfield, California to Puerto Vallarta, Mexico for vacation. He proposes to depart San Francisco on Thursday, June 17, 2010 and return on the evening of Sunday, June 27, 2010.

    Accordingly, the parties agree and stipulate that Mr. Diaz's release conditions shall be modified to permit him to travel to and from Puerto Vallarta, Mexico from June 17, 2010 through June 27, 2010.

    **IT IS SO STIPULATED.**

5 - 6 - 2010
_____
Date

4-28-10
_____
Date

_____
Karen D. Beausey
Assistant U.S. Attorney

_____
Robert J. Beles
Attorney for *Defendant*

1

#### United States District Court
#### Northern District of California
#### Oakland Division

UNITED STATES OF AMERICA,

   *Plaintiff*,

  vs.

JOEL DIAZ,

   *Defendant*.

Case No. 04-cr-40044-CW-17

[PROPOSED] ORDER
PERMITTING TRAVEL

### [PROPOSED] ORDER PERMITTING TRAVEL

   Accordingly, and for good cause shown, the Court orders that the defendant's release conditions shall be modified to permit him to travel from San Francisco, California to Puerto Vallarta, Mexico, from Thursday, June 17, 2010 returning on Sunday, June 27, 2010.  The defendant shall maintain copies of his receipts and travel documents and present them upon demand to Assistant U.S. Attorney Karen D. Beausey.  All other conditions shall remain in effect.

   IT IS SO ORDERED.

MAY - 7 2010
_____
Date

_____
Claudia Wilken
United States District Judge

1