Robert J. Beles (Bar No. 41993)
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Defendant Joel Diaz*

FILED

MAY - 7 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court
Northern District of California
Oakland Division

UNITED STATES OF AMERICA,

        *Plaintiff*,

vs.

JOEL DIAZ,

        *Defendant.*

No. 04-cr-40044-CW-17

STIPULATION AND PROPOSED ORDER TO CONTINUE SURRENDER DATE

**STIPULATION AND PROPOSED ORDER TO CONTINUE SURRENDER DATE**

The United States and defendant Joel Diaz, through their respective counsel, hereby stipulate that defendant's self-surrender date of May 14, 2010 be continued to November 14, 2010.

_5-6-2010_
Date

_Karen D. Beausey_
Assistant U.S. Attorney

_4-28-10_
Date

_Robert J. Beles_
Attorney for *Defendant*

SO ORDERED:

_MAY - 7 2010_
Date

_Claudia Wilken_
United States District Judge

1

Stipulation and Proposed Order to Continue Surrender Date