**Robert J. Beles** (Bar No. 41993)
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel. No. (510) 836-0100
Fax No. (510) 832-3690

Attorney for Defendant *Joel Diaz*

# United States District Court
## Northern District of California
### Oakland Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>    vs.<br><br>JOEL DIAZ,<br><br>    *Defendant*. | No. 4:04-cr-40044-CW-17<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SURRENDER DATE |

**STIPULATION AND ORDER TO CONTINUE SURRENDER DATE**

The United States and defendant Joel Diaz, through their respective counsel, hereby stipulate that defendant's self-surrender date of March 4, 2013 be continued to March 18, 2013.

Respectfully Submitted,

March 6, 2013                                      /s/ ADW
Date                                               AARON D. WEGNER,
                                                   Assistant United States Attorney

March 6, 2013                                      /s/ RJB
Date                                               ROBERT J. BELES,
                                                   Attorney for *Defendant*

**IT IS SO ORDERED.**

3/8/2013                                           *[signature]*
Date                                               HON. CLAUDIA WILKEN
                                                   United States District Judge
                                                   Northern District of California